NOT RECOMMENDED FOR FULL-TEXT PUBLICATION

Sixth Circuit Rule 28(g) limits citation to specific situations. Please see Rule 28(g) before citing in a proceeding in a court in the Sixth Circuit. If cited, a copy must be served on other parties and the Court.

This notice is to be prominently displayed if this decision is reproduced.

INFORMATION COPY
MANDATE NOT YET ISSUED
DIS. CT. # 01-6775

**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**

No. 03-3722

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

FILED
AUG 2 4 2004
LEONARD GREEN, Clerk

| | | |
|---|---|---|
| AIRLINE PROFESSIONALS ASSOCIATION TEAMSTERS LOCAL UNION NO. 1224, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, AIRLINE DIVISION, AFL-CIO, | ) ) ) ) ) ) | 1:01cv775 |
| Petitioner-Appellant, | ) ) | On Appeal from the United States District Court for the Southern District of Ohio |
| v. | ) ) ) | |
| ABX AIR, INC., | ) ) | |
| Respondent-Appellee. | ) | |

Before BOGGS, Chief Judge; DAUGHTREY, Circuit Judge; and WISEMAN, District Judge.[1]

**PER CURIAM.** Having had the benefit of oral argument, and having studied the record on appeal and the briefs of the parties, we are not persuaded that the District Court erred in granting Defendant's Motion for Summary Judgment. The District Court was clearly correct in determining that the dispute between the parties constitutes a "minor dispute" under the Railway Labor Act and is subject to mandatory arbitration. Because the reasons supporting this conclusion have been fully articulated by the District Court, the issuance of a detailed opinion by this Court is unneccessary. Finally, in affirming the District Court's decision, this court expresses no opinion on the merits of the Appellant's case as it proceeds to arbitration. The judgment of the District Court is AFFIRMED.

---

[1] The Honorable Thomas A. Wiseman, Jr., Senior United States District Judge for the Middle District of Tennessee, sitting by designation.