## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

No: 03-3722

---

Filed: September 15, 2004

AIRLINE PROFESSIONALS ASSOCIATION, TEAMSTER LOCAL UNION
1224, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF
TEAMSTERS-AIRLINE DIVISION, AFL-CIO

      Plaintiff - Appellant

    v.

ABX AIR, INC.

      Defendant - Appellee

### MANDATE

Pursuant to the court's disposition that was filed 8/24/04
the mandate for this case hereby issues today.

No costs taxed

Filing Fee ............$
Printing ............$

     Total ........$

A True Copy.

Attest:

Deputy Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

VALERIE FIELDS
(513) 564-7026
www.ca6.uscourts.gov

Filed: September 15, 2004

James A. Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH  45202

         RE: 03-3722
             Airline Prof Assoc vs. ABX Air, Inc.
             District Court No. 01-00775

     Enclosed is a copy of the mandate filed in this case.    The certified
record was never sent to this Court on appeal.

                              Leonard Green, Clerk

                              (Ms.) Valerie Fields
                              Deputy Clerk

cc:
     Honorable Sandra S. Beckwith
     Mr. John R. Doll
     Mr. Scott A. Carroll
     Mr. Norman A. Quandt